**EXHIBIT "A"**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 03-33872-H4-7** |
| | § | |
| **JAMES E. JOZWIAK AND** | § | **(Chapter 7)** |
| **DOROTHY D. JOZWIAK,** | § | |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____ Small Dividends | | | |
| __X__ Unclaimed Dividends | Claim No. 5<br>Chevron<br>2001 Diamond Blvd<br>PO Box 5010  Sec 230<br>Concord, CA  94524-0010 | Check #5010 | $ 309.33 |
| | Total Unclaimed Dividends | | n/a |
| | Total Small & Unclaimed Dividends | | $ 309.33 |